ALAN W. SPARER (No. 104921)
MARC HABER (No. 192981)
JAMES S. NABWANGU (No. 236601)
LAW OFFICES OF ALAN W. SPARER
100 Pine Street, 33rd Floor
San Francisco, California 94111-5128
Telephone: 415/217-7300
Facsimile: 415/217-7307
asparer@sparerlaw.com
mhaber@sparerlaw.com
jnabwangu@sparerlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL B. ESHELMAN, D.D.S.; PETER F. SILCHER, D.D.S.; and LORI I. SILCHER, <br><br> Plaintiffs, <br><br> v. <br><br> ORTHOCLEAR HOLDINGS, INC. a British Virgin Islands Company; ORTHOCLEAR, INC., a Delaware Corporation; MUHAMMAD ZIAULLAH CHISHTI, an individual; HUAFENG "CHARLES" WEN, an individual; PETER RIEPENHAUSEN, an individual; ARTHUR T. TAYLOR, an individual; SAIYED ATIQ RAZA, an individual; CHRISTOPHER KAWAJA, an individual; PATRICIA HUMELL SEIFERT, an individual; JOSEPH BREELAND, an individual; MUDASSAR RATHORE, an individual; PAUL BADAWI, an individual; 3i TECHNOLOGY PARTNERS III, LP, a Limited Partnership; and DOES 1 through 25, inclusive, <br><br> Defendants. | No. C 07 1429 JSW <br><br> Action Filed: March 12, 2007 <br><br> STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE |

---

STIP AND [PROPOSED] ORDER RE SCHEDULING OF INITIAL CMC      C 07-01429 JSW

**STIPULATION**

WHEREAS, Plaintiffs' lead counsel Alan W. Sparer, is unavailable from June 25 through July 1, 2007, as more fully provided in the Declaration of Alan W. Sparer in Support of Stipulation and [Proposed] Order to Reschedule Case Management Conference; and

WHEREAS Plaintiffs have conferred with all other counsel in this case, who are agreeable to rescheduling the initial Case Management Conference;

NOW THEREFORE, Plaintiffs and Defendants hereby stipulate that the initial Case Management Conference be rescheduled from June 29, 2007 to a new date and time to be set by the Court after July 8, 2007.

DATED: April 20, 2007    LAW OFFICES OF ALAN W. SPARER

By: _____/s/_____
ALAN W. SPARER

Attorneys for Plaintiffs

Concurrence in the filing of this document has been obtained by each of the other signatories.

DATED: April 20, 2007    GENERAL COUNSEL OF OCUMENTA, INC.

By: _____/s/_____
PAT COSTELLO

As counsel for Ocumenta, Inc. and Ocumenta Holdings, Inc. (f/k/a Orthoclear, Inc. and OrthoClear Holdings, Inc. respectively), and as an agent for Defendants other than Kawaja, Badawi and 3i

DATED: April 20, 2007    MCDERMOTT WILL & EMERY

By: _____/s/_____
MATTHEW J. JACOBS

Attorneys for Defendant Kawaja

-1-

DATED: April 20, 2007           ROPES & GRAY LLP

By: _____/s/_____
    PETER L. WELSH

Attorneys for Defendants 3i Technology Partners III, LP and Paul Badawi

### ORDER

This Court, having reviewed this Stipulation of the parties, and good cause appearing therefore, the initial Case Management Conference is rescheduled to <u>July 13</u>, 2007, at <u>1:30</u> p.m., in Courtroom 2, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS SO ORDERED.**

Dated: April 23, 2007

_____/s/ Jeffrey S. White_____
UNITED STATES DISTRICT JUDGE