Randall W. Bodner
Peter L. Welsh
Holly J. Caldwell
ROPES & GRAY LLP
One International Place
Boston, Massachusetts  02110-2624
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
*Applications to be Admitted Pro Hac Vice Pending*

Robert H. Bunzel, State Bar No. 99395
C. Griffith Towle, State Bar No. 146401
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California  94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Defendants
3i TECHNOLOGY PARTNERS III, LP
and PAUL BADAWI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL B. ESHELMAN, D.D.S.; PETER F. SILCHER, D.D.S.; AND LORI I. SILCHER,<br><br>Plaintiffs,<br><br>v.<br><br>ORTHOCLEAR HOLDINGS, INC., a British Virgin Islands Company; ORTHOCLEAR, INC., a Delaware Corporation; MUHAMMAD ZIAULLAH CHISHTI, an individual; HUAFENG "CHARLES" WEN, an individual; PETER RIEPENHAUSEN, an individual; ARTHUR T. TAYLOR, an individual; SAIYED ATIQ RAZA, an individual; CHRISTOPHER KAWAJA, an individual; PATRICIA HUMELL SEIFERT, an individual; JOSEPH BREELAND, an individual; MUDASSAR RATHORE, an individual; PAUL BADAWI, an individual; 3i Technology Partners III, LP; and DOES 1 through 25, inclusive,<br><br>Defendants. | No. C 07-01429 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:  March 12, 2007<br>Trial Date: |

BARTKO ZANKEL
*Bartko Zankel Tarrant & Miller A Professional Corporation of Counsel*
900 Front Street, Suite 300
San Francisco, CA  94111
Phone (415) 956-1900 • Fax (415) 956-1152

**STIPULATION**

WHEREAS, this Court's Order setting the initial Case Management Conference, filed March 28, 2007, set the conference for June 29, 2007, which date was reset to July 13, 2007 pursuant to Stipulation and Order filed April 23, 2007;

WHEREAS, on April 18, 2007, plaintiffs and defendants 3i Technology Partners III, LP and Paul Badawi (collectively "3i") filed a Stipulation extending the date for 3i's response to the First Amended Complaint until 30 days after notice from either party, so that settlement discussions could be pursued, and subsequently notice has been provided such that 3i's response is now due June 20, 2007.

WHEREAS, lead counsel for 3i is unavailable on the date currently set for the Case Management Conference, July 13, 2007, as more fully described in the accompanying Declaration of Randall W. Bodner in Support of Stipulation and [Proposed] Order to Reschedule Case Management Conference;

WHEREAS, 3i's counsel has conferred with all other counsel in this case, who are agreeable to rescheduling the initial Case Management Conference to August 3, 2007 or August 10, 2007, which are dates that the Court's Clerk has advised counsel for 3i should be available.

NOW THEREFORE, plaintiffs and defendants hereby stipulate that the initial Case Management Conference be rescheduled from July 13, 2007 to August 3 or August 10, 2007.

DATED: May 25, 2007

ROPES & GRAY LLP
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation

By: _____
ROBERT H. BUNZEL
Attorneys for Defendants
3I TECHNOLOGY PARTNERS III, LP
and PAUL BADAWI

Concurrence in the filing of this document has been obtained by each of the other signatories

-1-

BARTKO ZANKEL
Bartko Zankel Tarrant Miller A Professional Corporation
900 Front Street, Suite 300
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152

BARTKO ZANKEL
Bartko Zankel Tarrant & Miller *A Professional Corporation*
900 Front Street, Suite 300
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152

1

2    DATED:    May 25, 2007              LAW OFFICES OF ALAN W. SPARER

3

4                                       By: _____//s//_____

5                                              ALAN W. SPARER
                                               Attorneys for Plaintiffs

6

7    DATED:    May 25, 2007              GENERAL COUNSEL OF OCUMENTA, INC.

8

9                                       By: _____//s//_____
                                               PAT COSTELLO

10                                      As counsel for Ocumenta, Inc. and Ocumenta
                                        Holdings, Inc. (f/k/a Orthoclear, Inc. and OrthoClear
11                                      Holdings, Inc., respectively), and as an agent for
                                        Defendants other than Kawaja, Badawi and 3i

12

13   DATED:    May 25, 2007              MCDERMOTT WILL & EMERY

14

15                                      By: _____//s//_____
                                               MATTHEW J. JACOBS
16                                             Attorneys for Defendant Kawaja

17                                      **<u>ORDER</u>**

18          This Court, having review this Stipulation of the parties, and good cause appearing

19   therefore, the initial Case Management Conference is rescheduled to August <u>10</u>, 2007, at 1:30

20   p.m., in Courtroom 2, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco,

21   California 94102.

22          **IT IS SO ORDERED.**

23

24   DATED: <u>May 29            </u>, 2007

25

26                                      _____
27                                      UNITED STATES DISTRICT JUDGE

28                                              -2-