UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL B. ESHELMAN, D.D.S.; PETER F. SILCHER, D.D.S.; and LORI I. SILCHER,<br><br>Plaintiffs,<br>v.<br><br>ORTHOCLEAR HOLDINGS, INC. a British Virgin Islands Company; ORTHOCLEAR, INC., a Delaware Corporation; MUHAMMAD ZIAULLAH CHISHTI, an individual; HUAFENG "CHARLES" WEN, an individual; PETER RIEPENHAUSEN, an individual; ARTHUR T. TAYLOR, an individual; SAIYED ATIQ RAZA, an individual; CHRISTOPHER KAWAJA, an individual; PATRICIA HUMELL SEIFERT, an individual; JOSEPH BREELAND, an individual; MUDASSAR RATHORE, an individual; PAUL BADAWI, an individual; 3i TECHNOLOGY PARTNERS III, LP, a Limited Partnership; and DOES 1 through 25, inclusive,<br><br>Defendants. | No. C 07 1429 JSW<br><br>Action Filed: March 12, 2007<br><br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3.5:

The parties agree to participate in the following ADR process:

**Court Processes:**

    Non-Binding Arbitration (ADR L.R. 4)

    Early Neutral Evaluation (ENE) (ADR L.R. 5)

    √ - Mediation (ADR L.R. 6)

(*Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5*)

**Private Process:**

    Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:

    √ - the presumptive deadline (*The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.*)

    other requested deadline _____

Concurrence in the filing of this Stipulation has been obtained by the other signatories, except for Defendants Chishti, Wen, Riepenhausen, Taylor, Raza, Seifert, Breeland, and Rathore, whose approval is pending.

DATED: July 20, 2007                  LAW OFFICES OF ALAN W. SPARER

                                            By: _____/s/_____
                                                      ALAN W. SPARER

Attorneys for Plaintiffs
MICHAEL B. ESHELMAN, D.D.S.; PETER F. SILCHER, D.D.S.; and LORI I. SILCHER

-1-

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS    No. C 07 1429 JSW

| | | |
|---|---|---|
| 1 | DATED: July 20, 2007 | GENERAL COUNSEL OF OCUMENTA, INC. |
| 2 | | |
| 3 | | By:_____/s/_____<br>PAT COSTELLO |
| 4 | | |
| 5 | | Attorney for OCUMENTA, INC. AND OCUMENTA HOLDINGS, INC. (F/K/A ORTHOCLEAR, INC. AND ORTHOCLEAR HOLDINGS, INC. respectively), and as an agent for Defendants other than KAWAJA, BADAWI and 3i |
| 6 | | |
| 7 | | |
| 8 | DATED: July 20, 2007 | ROPES & GRAY LLP |
| 9 | | |
| 10 | | By:_____/s/_____<br>PETER L. WELSH |
| 11 | | |
| 12 | | Attorneys for Defendants 3I TECHNOLOGY PARTNERS III, LP and PAUL BADAWI |
| 13 | | |
| 14 | DATED: July 20, 2007 | MCDERMOTT WILL & EMERY |
| 15 | | |
| 16 | | By:_____/s/_____<br>JENNIFER L. KLEM |
| 17 | | |
| 18 | | Attorneys for Defendant CHRISTOPHER KAWAJA |

1   **[PROPOSED] ORDER**

2   Pursuant to the Stipulation above, the captioned matter is hereby referred to:

3   ☐ Non-binding Arbitration

4   ☐ Early Neutral Evaluation (ENE)

5   (☒ Mediation)

6   ☐ Private ADR

7   Deadline for ADR session

8   (90 days from the date of this order.)

9   ☐ other

11  IT IS SO ORDERED

12  Dated: __July 23, 2007__                             _/s/ Jeffrey S. White_

13                                                  UNITED STATES ~~MAGISTRATE~~ JUDGE
                                                           DISTRICT

-3-
[~~PROPOSED~~] ORDER SELECTING ADR PROCESS           No. C 07 1429 JSW