UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESHELMAN ET AL

       Plaintiff(s),                             No. C 07-01429 JSW

  v.                                           **CLERK'S NOTICE**

OTHOCLEAR HOLDINGS, INC. ET AL

       Defendant(s).

      YOU ARE HEREBY NOTIFIED that on September 21, 2007, at 1:30 p.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously noticed for** August 10, 2007, in this matter. The joint conference statement shall be due on or before September 14, 2007. This continuance is due to the Court's unavailability.

                                 Richard W. Wieking
                                 Clerk, United States District Court

                                 By: _/s/ Jennifer Ottolini_____
                                 Jennifer Ottolini, Deputy Clerk
                                 Honorable Jeffrey S. White
                                 (415) 522-4173

Dated: July 25, 2007