1  ALAN W. SPARER (No. 104921)
   MARC HABER (No. 192981)
2  JAMES S. NABWANGU (No. 236601)
   LAW OFFICES OF ALAN W. SPARER
3  100 Pine Street, 33rd Floor
   San Francisco, California  94111-5128
4  Telephone:     415/217-7300
   Facsimile:     415/217-7307
5  asparer@sparerlaw.com
   mhaber@sparerlaw.com
6  jnabwangu@sparerlaw.com

7  Attorneys for Plaintiffs
   MICHAEL B. ESHELMAN, D.D.S.;
8  PETER F. SILCHER, D.D.S.; and
   LORI I. SILCHER

9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14  MICHAEL B. ESHELMAN, D.D.S.; PETER F. SILCHER, D.D.S.; AND LORI I. SILCHER | No.  C 07 1429 JSW |
| 15 | Action Filed:  March 12, 2007 |
| 16       v. | STIPULATED REQUEST AND |
| 17  ORTHOCLEAR HOLDINGS, INC. A BRITISH VIRGIN ISLANDS COMPANY; | [PROPOSED] ORDER SHORTENING TIME |
| 18  ORTHOCLEAR, INC., A DELAWARE CORPORATION; MUHAMMAD | Date:         August 31, 2007<br>Time:         9:00 a.m.<br>Judge:        Hon. Jeffrey S. White<br>Courtroom:    2, 17th Floor |
| 19  ZIAULLAH CHISHTI, AN INDIVIDUAL; HUAFENG "CHARLES" WEN, AN | |
| 20  INDIVIDUAL; PETER RIEPENHAUSEN, AN INDIVIDUAL; ARTHUR T. TAYLOR, | Trial Date:   None Set |
| 21  AN INDIVIDUAL; SAIYED ATIQ RAZA, AN INDIVIDUAL; CHRISTOPHER | |
| 22  KAWAJA, AN INDIVIDUAL; PATRICIA HUMELL SEIFERT, AN INDIVIDUAL; | |
| 23  JOSEPH BREELAND, AN INDIVIDUAL; MUDASSAR RATHORE, AN | |
| 24  INDIVIDUAL; PAUL BADAWI, AN INDIVIDUAL; 3I TECHNOLOGY | |
| 25  PARTNERS III, LP; AND DOES 1 THROUGH 25, INCLUSIVE, | |
| 26 | |

27

28

---

STIPULATED REQUEST AND [PROPOSED] ORDER       NO.  C 07 1429 JSW
                SHORTENING TIME

**STIPULATED REQUEST FOR ORDER SHORTENING TIME**

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Michael B. Eshelman, D.D.S., Peter F. Silcher, D.D.S., and Lori I. Silcher ("Plaintiffs") and Defendant Ocumenta Capital Holdings, Inc. (f/k/a OrthoClear Holdings, Inc.) ("OrthoClear") request that the Court hear Plaintiffs' concurrently filed Motion To Limit OrthoClear's Contacts With Potential Class Members And For Corrective Actions on August 31, 2007 at 9:00 a.m. with OrthoClear to file its opposition on or before August 27, 2007 and Plaintiffs to file a reply, if any, on or before August 29, 2007.

**STIPULATION**

WHEREAS on August 10, 2007, OrthoClear mailed potential class members, investors who purchased Class A, B and C shares of OrthoClear Holdings, Inc., a check in an amount represented to be 28 cents for every dollar invested along with a release of claims, a copy of the Second Amended Complaint and a cover letter stating that by endorsing the check and tendering it for payment the investor is releasing any claims that he has in the pending class action lawsuit;

WHEREAS OrthoClear's settlement offer states that it will expire if not accepted by September 10, 2007;

WHEREAS Plaintiffs were not aware of OrthoClear's actions until Plaintiffs' counsel were contacted by an investor on August 11, 2007;

WHEREAS Plaintiffs believe that these communications constitute an abuse of the class action process warranting an order prohibiting such contacts; and

WHEREAS OrthoClear believes that its actions were lawful and proper

NOW THEREFORE, Plaintiffs and OrthoClear hereby stipulate that (1) Plaintiffs' Motion to Limit OrthoClear's Contacts with Potential Class Members and for Corrective Actions will be heard on shortened time on August 31, 2007 at 9:00 a.m.; (2) OrthoClear will file its opposition on or before August 27, 2007; and (3) Plaintiffs will file a reply, if any, on or before August 29, 2007.

DATED: August 20, 2007　　　　LAW OFFICES OF ALAN W. SPARER

By: _____/s/_____
　　　　ALAN W. SPARER

Attorneys for Plaintiffs

Concurrence in the filing of this document has been obtained by each of the other signatories.

DATED: August 20, 2007　　　　MORRISON FOERSTER

By: _____/s/_____
　　　　DOROTHY L. FERNANDEZ

As counsel for Ocumenta, Inc. and Ocumenta Holdings, Inc. (f/k/a OrthoClear, Inc. and OrthoClear Holdings, Inc. respectively)

## **ORDER**

This Court, having reviewed this Stipulation of the parties, and good cause appearing therefor, orders that Plaintiffs' Motion To Limit OrthoClear's Contacts With Potential Class Members And For Corrective Actions will be heard on shortened time on August 31, 2007 at 9:00 a.m. OrthoClear will file its opposition on or before August 27, 2007 at 4:00 p.m. and Plaintiffs will file a reply, if any, on or before August 29, 2007 at 4:00 p.m.

**IT IS SO ORDERED.**

Dated: August 21, 2007

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE
　　　　　　　　　　　　　　　　　　by HON. PHYLLIS J. HAMILTON