ALAN W. SPARER (No. 104921)
MARC HABER (No. 192981)
JAMES S. NABWANGU (No. 236601)
LAW OFFICES OF ALAN W. SPARER
100 Pine Street, 33rd Floor
San Francisco, California 94111-5128
Telephone: 415/217-7300
Facsimile: 415/217-7307
asparer@sparerlaw.com
mhaber@sparerlaw.com
jnabwangu@sparerlaw.com

Attorneys for Plaintiffs
MICHAEL B. ESHELMAN, D.D.S.; PETER F. SILCHER, D.D.S.; and LORI I. SILCHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL B. ESHELMAN, D.D.S.; PETER F. SILCHER, D.D.S.; and LORI I. SILCHER,<br><br>Plaintiffs,<br><br>v.<br><br>ORTHOCLEAR HOLDINGS, INC. a British Virgin Islands Company; ORTHOCLEAR, INC., a Delaware Corporation; MUHAMMAD ZIAULLAH CHISHTI, an individual; HUAFENG "CHARLES" WEN, an individual; PETER RIEPENHAUSEN, an individual; ARTHUR T. TAYLOR, an individual; SAIYED ATIQ RAZA, an individual; CHRISTOPHER KAWAJA, an individual; PATRICIA HUMELL SEIFERT, an individual; JOSEPH BREELAND, an individual; MUDASSAR RATHORE, an individual; PAUL BADAWI, an individual; 3i Technology Partners III, LP; and DOES 1 through 25, inclusive,,<br><br>Defendants. | No. C 07 1429 JSW<br><br>Action Filed: March 12, 2007<br><br>STIPULATED REQUEST AND [~~PROPOSED~~] ORDER EXTENDING TIME |

**STIPULATED REQUEST FOR ORDER EXTENDING TIME**

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Michael B. Eshelman, D.D.S., Peter F. Silcher, D.D.S., and Lori I. Silcher ("Plaintiffs") and Defendants Ocumenta Capital Holdings, Inc. (f/k/a OrthoClear Holdings, Inc.) ("OrthoClear"), Muhammad Ziaullah Chishti, Huafeng "Charles" Wen, Peter Riepenhausen, Arthur T. Taylor, Saiyed Atiq Raza, Christopher Kawaja, Patricia Humell Seifert, Joseph Breeland, Paul Badawi, 3i Technology Partners III, LP ("3i") (collectively "Defendants"), request that the Court enter an order adopting the briefing and hearing schedule below in connection with Defendants' previously filed and planned motions pursuant to Rule 12(b)(6).

**STIPULATION**

WHEREAS on July 24, 2007, Plaintiffs filed their Second Amended Complaint;

WHEREAS on August 7, 2007, Defendants 3i and Badawi filed a motion to dismiss pursuant to Rule 12(b)(6) that is currently scheduled to be heard on October 26, 2007;

WHEREAS the remaining Defendants currently are required to respond to the Second Amended Complaint no later than September 10, 2007;

WHEREAS the Parties plan a mediation to occur before further briefing of the motions to dismiss described below; and

WHEREAS the Parties believe that rescheduling the motions to dismiss will aid their efforts to resolve this case by reducing litigation costs.

NOW THEREFORE, the Parties hereby stipulate that (1) any and all of Defendants' motions to dismiss pursuant to Rule 12(b)(6) will be heard on December 7, 2007 at 9:00 a.m.; (2) Defendants other than Badawi and 3i will file their motions on October 26, 2007; (3) Plaintiffs will file their oppositions to Defendants' motions on or before November 9, 2007; and (4) Defendants will file any reply on or before November 16, 2007.

Case 3:07-cv-01429-JSW Document 73 Filed 09/10/2007 Page 3 of 4

DATED: September 10, 2007

LAW OFFICES OF ALAN W. SPARER

By: /s/
ALAN W. SPARER

Attorneys for Plaintiffs

Concurrence in the filing of this document has been obtained by each of the other signatories.

DATED: September 10, 2007

SHARTSIS FRIESE LLP

By: /s/
ARTHUR J. SHARTSIS

Attorneys for Defendants Ocumenta, Inc. and Ocumenta Holdings, Inc. (f/k/a OrthoClear, Inc. and OrthoClear Holdings, Inc. respectively), Chishti, Wen, Riepenhausen, Taylor, Raza, and Breeland

DATED: September 10, 2007

ROBIE & MATTHAI

By: /s/
EDITH R. MATTHAI

Attorneys for Defendant Seifert

DATED: September 10, 2007

MCDERMOTT WILL & EMERY

By: /s/
DAVID ALEXANDER

Attorneys for Defendant Kawaja

Case 3:07-cv-01429-JSW Document 73 Filed 09/10/2007 Page 4 of 4

DATED: September 10, 2007

ROPES & GRAY

By: /s/
RANDALL W. BODNER

Attorneys for Defendant 3i

**ORDER**

This Court, having reviewed this Stipulation of the parties, and good cause appearing therefore, orders that (1) Defendants' motions to dismiss pursuant to Rule 12(b)(6) will be heard on December 7, 2007 at 9:00 a.m.; (2) Defendants other than Badawi and 3i will file their motions to dismiss on October 26, 2007; (3) Plaintiffs will file their oppositions to all of Defendants' motions to dismiss on or before November 9, 2007; and (4) Defendants will file any reply on or before November 16, 2007.

**IT IS SO ORDERED.**

Dated: September 11, 2007

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE