1   DARRYL P. RAINS (SBN 104802)
    MORRISON & FOERSTER LLP
2   755 Page Mill Road
    Palo Alto, California 94304-1018
3   Telephone: 650.813.5600
    Facsimile: 650.494.0792
4   drains@mofo.com

5   DOROTHY FERNANDEZ (SBN 184266)
    MORRISON & FOERSTER LLP
6   425 Market Street
    San Francisco, California 94105-2482
7   Telephone: 415.268.7000
    Facsimile: 415.268.7522
8   dfernandez@mofo.com

9   Attorneys for defendant Ocumenta Capital
    Holdings, Inc. (f/k/a Orthoclear Holdings, Inc.)
10

11                  UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14

15  MICHAEL B. ESHELMAN, D.D.S., PETER F.      Case No.     C 07 1429 JSW
    SILCHER, D.D.S, and LORI I. SILCHER,
16                                             CLASS ACTION
17              Plaintiffs,
        v.                                     NOTICE OF SUBSTITUTION OF
18                                             COUNSEL AND [PROPOSED]
    ORTHOCLEAR HOLDINGS, INC., a British       ORDER PURSUANT TO LOCAL
19  Virgin Islands Company; ORTHOCLEAR, INC.,  RULE 11-5
    a Delaware Corporation; MUHAMMAD
20  ZIAULLAH CHISHTI, an individual; HUAFENG
    "CHARLES" WEN, an individual; PETER
21  RIEPENHAUSEN, an individual; ARTHUR T.
    TAYLOR, an individual; SAIYED ATIQ RAZA,
22  an individual; CHRISTOPHER KAWAJA, an
    individual; PATRICIA HUMELL SEIFERT, an
23  individual; JOSEPH BREELAND, an individual;
    MUDASSAR RATHORE, an individual,
24
                Defendants.
25

26

27

28

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: Please take notice that, effectively immediately, counsel of record for defendant Ocumenta Capital Holdings, Inc. (f/k/a/ OrthoClear Holdings, Inc.), has changed. Ocumenta Capital Holdings, Inc., hereby substitutes already-appearing counsel Shartsis Friese LLP (Arthur J. Shartsis, Charles R. Rice, and Jason P. Lee), as the sole attorneys of record for Ocumenta Capital Holdings, Inc. in this litigation. Effective immediately, Morrison & Foerster LLP (Darryl Rains and Dorothy L. Fernandez), will no longer be representing Ocumenta Capital Holdings, Inc. in this matter.

Dated: October 12, 2007     General Counsel of Ocumenta Holdings, Inc.

           By:_____/s/ Pat Costello_____
             Pat Costello

The following attorneys accept this substitution of counsel.

Dated: October 12, 2007     MORRISON & FOERSTER LLP
           By:____/s/ Dorothy L. Fernandez_____
             Dorothy L. Fernandez

Dated: October 12, 2007     SHARTSIS FRIESE LLP

           By:_____/s/ Charles R. Rice_____
             Charles R. Rice

1      E-filing attestation:  I, Dorothy L. Fernandez, am the ECF User whose ID and password

2  are being used to file this Substitution of Counsel and [Proposed] Order Pursuant to Local Rule

3  11-5.  In compliance with General Order 45, X.B., I hereby attest that Pat Costello and his

4  counsel at Shartsis Friese LLP, Charles R. Rice, have concurred in this filing.

5

6  Dated:  October 12, 2007              By:____/s/ Dorothy L. Fernandez_____
                                     Dorothy L. Fernandez

7

8

9                        **[PROPOSED] ORDER**

10

11      The foregoing substitution of counsel is authorized by the Court and the clerk of the Court

12  is directed to make the appropriate change in the docket.

13  **IT IS SO ORDERED.**

14  Dated October  12  2007

15                             _____
                               Hon. Jeffrey S. White
                               United States District Court