SHARTSIS FRIESE LLP
ARTHUR J. SHARTSIS (Bar #51549)
CHARLES R. RICE (Bar #98218)
JASON P. LEE (Bar #196520)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: ashartsis@sflaw.com

Attorneys for Defendants
OCUMENTA CAPITAL HOLDINGS, INC.,
formerly known as OrthoClear Holdings, Inc.,
OCUMENTA, INC., formerly known as OrthoClear,
Inc., MUHAMMAD ZIAULLAH CHISHTI,
HUAFENG "CHARLES" WEN, PETER
RIEPENHAUSEN, ARTHUR T. TAYLOR,
SAIYED ATIQ RAZA, and JOSEPH BREELAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL B. ESHELMAN, D.D.S.; PETER F. SILCHER, D.D.S; and LORI I. SILCHER<br><br>Plaintiffs,<br><br>v.<br><br>ORTHOCLEAR HOLDINGS, INC., a British Virgin Islands Company; ORTHOCLEAR, INC., a Delaware Corporation; MUHAMMAD ZIAULLAH CHISHTI, an individual; HUAFENG "CHARLES" WEN, an individual; PETER RIEPENHAUSEN, an individual; ARTHUR T. TAYLOR, an individual; SAIYED ATIQ RAZA, an individual; CHRISTOPHER KAWAJA, an individual; PATRICIA HUMELL SEIFERT, an individual; JOSEPH BREELAND, an individual; MUDASSAR RATHORE, an individual; PAUL BADAWI, an individual; 3i Technology Partners III LP; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. C 07-01429 JSW<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER EXTENDING TIME**<br><br>Trial Date:    No date set<br>Action Filed:  March 12, 2007 |

- 1 -

## STIPULATED REQUEST FOR ORDER EXTENDING TIME

Pursuant to Local Rules 6-2 and 7-12, Defendants Ocumenta Capital Holdings, Inc. (f/k/a OrthoClear Holdings, Inc.) ("OrthoClear"), Muhammad Ziaullah Chishti, Huafeng "Charles" Wen, Peter Riepenhausen, Arthur R. Taylor, Saiyed Atiq Raza, Christopher Kawaja, Patricia Humell Seifert, Joseph Breeland, Paul Badawi, 3i Technology Partners III, LP ("3i") (collectively "Defendants") and Plaintiffs Michael B. Eshelman, D.D.S., Peter F. Silcher, D.D.S., and Lori I. Silcher ("Plaintiffs") request that the Court enter an order adopting the briefing and hearing schedule below in connection with Defendants' planned motions pursuant to Rule 12(b)(6).

## STIPULATION

WHEREAS on February 19, 2008, Plaintiffs filed their Third Amended Complaint;

WHEREAS the Defendants currently are required to respond to the Third Amended Complaint no later than March 13, 2008;

WHEREAS the Defendants intend to file motion to dismiss pursuant to Rule 12(b)(6);

WHEREAS counsel for Defendants OrthoClear, Chishti, Wen, Riepenhausen, Taylor, Raza, and Breeland has a conflict with the briefing schedule required by the Federal Rules of Civil Procedure for the anticipated motions to dismiss;

NOW THEREFORE, the Parties hereby stipulate that (1) any and all of Defendants' motions to dismiss pursuant to Rule 12(b)(6) will be heard on May 16, 2008, at 9:00 a.m.; (2) Defendants will file their motions on or before March 24, 2008; (3) Plaintiffs will file their opposition to Defendants' motions on or before April 18, 2008; and (4) Defendants will file their replies on or before April 30, 2008.

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 2 -
Case No.
C 07-01429 JSW
STIPULATED REQUEST AND
[PROPOSED] ORDER EXTENDING TIME

| | | | |
|---|---|---|---|
| 1 | DATED: | February 28, 2008 | SHARTSIS FRIESE LLP |

By: _____/s/_____
CHARLES R. RICE

Attorneys for Defendants
OCUMENTA CAPITAL HOLDINGS, INC., formerly known as OrthoClear Holdings, Inc., OCUMENTA, INC., formerly known as OrthoClear, Inc., MUHAMMAD ZIAULLAH CHISHTI, HUAFENG "CHARLES" WEN, PETER RIEPENHAUSEN, ARTHUR T. TAYLOR, SAIYED ATIQ RAZA, and JOSEPH BREELAND

Concurrence in the filing of this documents has been obtained by each of the other signatories.

DATED: February 28, 2008    ROBIE & MATTHAI

By: _____/s/_____
EDITH R. MATTHAI

Attorneys for Defendant Seifert

DATED: February 28, 2008    MCDERMOTT WILL & EMERY

By: _____/s/_____
DAVID ALEXANDER

Attorneys for Defendant Kawaja

DATED: February 28, 2008    ROPES & GRAY

By: _____/s/_____
RANDALL W. BODNER

Attorneys for Defendants 3i and Badawi

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

1  DATED: February 28, 2008         LAW OFFICES OF ALAN W. SPARER

3                                    By:        /s/
                                          ALAN W. SPARER

   Attorneys for Plaintiffs

### ORDER

This Court, having reviewed this Stipulation of the parties, and good cause appearing therefore, orders that (1) Defendants' motion to dismiss pursuant to Rule 12(b)(6) will be heard on May 16, 2008, at 9:00 a.m.; (2) Defendants will file their motions to dismiss on or before March 24, 2008; (3) Plaintiffs will file their opposition to all of Defendants' motions to dismiss on or before April 18, 2008; and (4) Defendants will file their replies on or before April 30, 2008.

**IT IS SO ORDERED.**

DATED: February 29, 2008

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

Case No.
C 07-01429 JSW

STIPULATED REQUEST AND
[PROPOSED] ORDER EXTENDING TIME