SHARTSIS FRIESE LLP
ARTHUR J. SHARTSIS (Bar #51549)
CHARLES R. RICE (Bar #98218)
JASON P. LEE (Bar #196520)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: ashartsis@sflaw.com

Attorneys for Defendants
OCUMENTA CAPITAL HOLDINGS, INC.,
formerly known as OrthoClear Holdings, Inc.,
OCUMENTA, INC., formerly known as OrthoClear,
Inc., MUHAMMAD ZIAULLAH CHISHTI,
HUAFENG "CHARLES" WEN, PETER
RIEPENHAUSEN, ARTHUR T. TAYLOR,
SAIYED ATIQ RAZA, and JOSEPH BREELAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL B. ESHELMAN, D.D.S.; PETER F. SILCHER, D.D.S; and LORI I. SILCHER<br><br>Plaintiffs,<br><br>v.<br><br>ORTHOCLEAR HOLDINGS, INC., a British Virgin Islands Company; ORTHOCLEAR, INC., a Delaware Corporation; MUHAMMAD ZIAULLAH CHISHTI, an individual; HUAFENG "CHARLES" WEN, an individual; PETER RIEPENHAUSEN, an individual; ARTHUR T. TAYLOR, an individual; SAIYED ATIQ RAZA, an individual; CHRISTOPHER KAWAJA, an individual; PATRICIA HUMELL SEIFERT, an individual; JOSEPH BREELAND, an individual; MUDASSAR RATHORE, an individual; PAUL BADAWI, an individual; 3i Technology Partners III LP; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. C 07-01429 JSW<br><br>**MISCELLANEOUS ADMINISTRATIVE REQUEST RE SETTING TIME FOR HEARING ON MOTION TO DISMISS THIRD AMENDED COMPLAINT AND ORDER THEREON**<br><br>Date: May 16, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Jeffrey S. White<br><br>Trial Date: Not Set<br>Action Filed: March 12, 2007 |

1  Counsel for Defendants Orthoclear Holdings, Inc., Orthoclear, Inc., Muhammad Ziaullah Chishti, Huafeng "Charles" Wen, Peter Riepenhausen, Arthur T. Taylor, Saiyed Atiq Raza, and Joseph Breeland hereby requests, if it is convenient for the Court, that the presently scheduled Motion to Dismiss Third Amended Complaint be heard if possible as the first item on the 9:00 a.m. calendar on May 16, 2008, where it is presently scheduled. Lead counsel for the above-referenced defendants, Arthur J. Shartsis, has had scheduled since early 2008 an international flight departing San Francisco at 1:55 p.m. on May 16. He is required to be at the airport two hours in advance. Accordingly, in order to change and arrive at the airport in a timely fashion, Mr. Shartsis would have to depart the Courtroom at approximately 11:00 a.m.

Mr. Shartsis will not be arguing the motion. However, he is the attorney at the firm principally responsible for the case.

Accordingly, if it is both possible and convenient for the Court, counsel respectfully requests that the above-captioned matter be set first on the calendar. If that cannot be done, counsel will deal with it accordingly.

DATED: May 9, 2008          SHARTSIS FRIESE LLP


By:  /s/ Arthur J. Shartsis
     ARTHUR J. SHARTSIS

Attorneys for Defendants
OCUMENTA CAPITAL HOLDINGS, INC.,
formerly known as OrthoClear Holdings, Inc.,
OCUMENTA, INC., formerly known as
OrthoClear, Inc., MUHAMMAD ZIAULLAH
CHISHTI, HUAFENG "CHARLES" WEN,
PETER RIEPENHAUSEN, ARTHUR T.
TAYLOR, SAIYED ATIQ RAZA, and
JOSEPH BREELAND

7535\001\ASHART\



Dated: May 13, 2008

- 2 -
Case No.
C 07-01429 JSW
MISCELLANEOUS ADMINISTRATIVE REQUEST RE SETTING TIME FOR HEARING