**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL B. ESHELMAN, D.D.S.; PETER F. SILCHER, D.D.S.; and LORI SILCHER,

        Plaintiffs,

  v.

ORTHOCLEAR HOLDINGS, INC. et al.,

        Defendants.

No. C 07-1429 JSW

**ORDER**

In considering Defendants' motions to dismiss the third amended complaint, the Court would be greatly assisted by the submission of a side-by-side comparison of the relevant portions, or a redline version, of the third amended consolidated complaint, filed on July 24, 2007, and the second amended complaint, filed on February 19, 2008. Therefore, IT IS HEREBY ORDERED that Plaintiffs shall submit such a comparison, preferably a redline version, of the two complaints by February 6, 2009.

**IT IS SO ORDERED.**

Dated: February 4, 2009

                                                          *Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE